# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br><br>Google Account assigned to AGASHA CARVALHO with email address:<br><br>   -   **agashacarvalho@gmail.com**<br><br><br><br>CURRENTLY STORED AT PREMISES CONTROLLED BY GOOGLE LLC AT 1600 AMPHITHEATRE PKWY, MOUNTAIN VIEW, CA 94043 | Case No.: |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Jose G. Rodriguez-Aguilar, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2022. I am currently assigned to the Boston Division, Bangor Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, interstate threats, interstate stalking, interstate domestic violence, Hobbs Act robberies, wire fraud, and many other criminal violations. I received training on the proper investigative techniques for these violations, including

the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2.      I make this affidavit in support of an application for a search warrant to seize and search the Google LLC account associated with AGASHA CARVALHO with Google account: "agashacarvalho@gmail.com" (hereinafter "SUBJECT ACCOUNT"), and under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property described with particularity in Attachment A, for contraband and evidence, fruits, and instrumentalities of violations of Title 18, U.S.C § 1591 (Sex Trafficking of Children or by force, fraud, or coercion), 2251(a) (Production of Child Pornography), 2252A(5)(B) (Possession of Child Pornography), and 2252A(a)(2) (Receipt or Distribution of Child Pornography) (hereinafter collectively "SUBJECT OFFENSES"), which items are more specifically described in Attachment B of this Affidavit.

3.      The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation, to include Penobscot County Sheriff's Office (PCSO), Homeland Security Investigations (HSI), and others (hereinafter collectively "Investigators"). This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant.

4.      I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) for information related to the SUBJECT ACCOUNT, that is stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheatre Pkwy,

Mountain View, California 94043. The SUBJECT ACCOUNT is believed to be associated with and/or utilized by AGASHA CARVALHO (hereinafter "Agasha").

5.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that SUBJECT OFFENSES have been committed by the user of the SUBJECT ACCOUNT. There is also probable cause to search the information described in Attachment A for evidence, contraband, and/or fruits of these crimes further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### **BACKGROUND CONCERNING GOOGLE[1]**

6.    Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

7.    In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers.

---

[1] The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

8.  Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account. Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below:

a.  **Account Information** – Google maintains information about their customers including primary e-mail addresses, secondary e-mail addresses for account password recovery, applications,websites, and services that are allowed to access the user's Google account or use the user's Google account as a password login, and account login activity such as the geographic area the user logged into the account, what type of internet browser and device they were using, and the internet protocol (IP) address they logged in from. The IP address is roughly analogous to a telephone number assigned to a computer by an internet service provider. The IP can be resolved back to a physical address such as a residence or business with Wi-Fi access or residential cable internet.

b.  **Gmail**- Account data contains e-mail messages, such as inbox messages whether read or unread, sent mail, saved drafts, chat histories, and e-mails in the trash folder. Such messages will include all information such as the date, time, internet protocol (IP) address routing information, sender, receiver, subject line, any other

parties sent the same electronic mail through the 'cc' (carbon copy) or the 'bcc' (blind carbon copy), the message content or body, and all attached files.

c.      **Documents** - Google provides online document drafting and management applications, including Docs (a web-based word processing application), Sheets (a web-based spreadsheet program), and Slides (a web-based presentation program.) Documents contained in the Google account can include all files whether created, shared, or downloaded.

d.      **Search History** - Google records can also include search history and queries, such as World Wide Web (web), images, news, shopping, ads, videos, maps, travel, and finance. Google retains a user's search history whether it is done from a mobile device or from a traditional computer. This history includes the searched for terms, the date and time of the search, and the user-selected results. Furthermore, the specific type of search a user performed into categories differentiating these searches. These categories include a general web search and specialty searches where the results are focused in a particular group such as images, news, videos, and shopping.

e.      **Contacts** - Contacts stored by Google including name, contact phone numbers, emails, social network links, and images. When a user links the Android device to their Google account the names, addresses, phone numbers, e-mail addresses, notes, and pictures associated with the account are transferred to the phone and vice versa. This process is continuously updated so when a contact is added, deleted, or modified using either the Google account or the mobile device the other is simultaneously updated.

f.      **Google Drive -** Google Drive is used to store documents created using Google

Documents, as well as any other files designated by the user. Google Drive makes it easy to locate, share, or transmit user files to other Google users, as well as other internet service users. Google Drive provides free file storage of up to 15 gigabytes for Google account holders.

9. Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

10. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

11. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as

logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

12.     Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

13.     In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. Locating the origin of these files depicting Child Sexual Abuse Material (hereinafter "CSAM") would be crucial to proving the violation of the aforementioned federal statutes.

14.     Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.

15.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, email and messaging logs, and documents, may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

16.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.,* information indicating a plan to commit a crime), or consciousness of guilt (*e.g.,* deleting account information in an effort to conceal evidence from law enforcement).

17.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services. In my training and experience, such information may constitute evidence of the crimes under investigation.

## **PROBABLE CAUSE**

18.     I am currently investigating Agasha Carvalho (hereinafter "Agasha") for possession of child pornography, production of child pornography, receipt and distribution of child pornography, and the sex trafficking of children. The information

gathered in this affidavit is intended to demonstrate that Agasha Carvalho engaged in the above listed crimes while living with 16-year-old (hereinafter Minor Victim 1- "MV-1") in Hermon, Maine.

19.     A federal search warrant was issued in the District of Maine on September 17, 2025 and executed on September 18, 2025, at Agasha's residence located at 201 Main Road, building 7, Apt B, Milford, Maine 04461. A copy of the affidavit for this residential search warrant and Attachments A and B to this search warrant are attached as Exhibit 1 to this affidavit and incorporated by reference herein.  The FBI searched the residence according to the parameters of the search warrant. During the search of the residence, a computer room was located within the residence with a desktop computer turned on and logged on. The computer was logged onto the computer user account of "Agasha." The computer had three monitors attached and in use which displayed various tabs of information including "Maine Geeks," "Facebook," "Google," "shopping," and other related materials on the screen.

20.     Pursuant to the aforementioned approved search warrant, specifically Attachment B, paragraph 2, sub-paragraphs "a," "l," and "m," Investigators performed a live preview of the desktop on scene. During review of the computer tabs that were open, Investigators observed that Agasha had an open Facebook Messenger tab with an active message thread with MV-1 that was as recent as September 2025.

21.     Investigators noted that the Internet Explorer application was logged onto multiple Google accounts to include the account with the name "Agasha Carvalho" and linked email address of "agashacarvalho@gmail.com." Upon Investigators viewing the cloud storage account "Google Drive" of email address "agashacarvalho@gmail.com," Investigators observed various photographs of Agasha, confirming that he is the likely

primary and sole user of that account. Investigators noted that Agasha's Google Drive and/ or Google account contained approximately over 500 GB of data, to include thousands of photos and videos.

22.    During a live preview of the cloud storage account "Google Drive" linked to "agashacarvalho@gmail.com," Investigators observed Child Sexual Abuse Material (hereinafter "CSAM") of MV-1 located within the Google Drive of Agasha during the time period of October 2024. Investigators observed that the CSAM was produced by Agasha during sexual acts with MV-1. It was also observed that the CSAM was uploaded to Agasha's Google Drive by an Apple Inc. product, likely an Apple iPhone. The CSAM images of MV-1 were within the Google Drive as an "HEIC[2]" file extension, which is known to be the raw file format from Apple products.

23.    Investigators located an image of CSAM with MV-1 and Agasha within the Google Drive "Photos" section. The image depicts MV-1 engaged in sexual intercourse with Agasha, with his penis inserted into her vagina while MV-1 sits on Agasha facing him. Within the CSAM image, Agasha's face is fully visible, and it is observed that he is staring directly into the camera. The metadata of the image showed during live preview that the image was created on or about October 17, 2024. Additionally, when the image

---

[2] When you take a photo on your IOS Device like iPhone or iPad, the image – or images, in the case of dual cameras and live photos – is saved as an HEIC file.
HEIC stands for High Efficiency Image Container. The format is an updated variant of the High Efficiency Image Format (HEIF), traditionally used by Apple across its mobile devices.
Apple uses HEIC for HEIF images. HEIF essentially saves images in higher quality than JPEG while also using less space thanks to advanced compressive technology. This space-saving file format uses High Efficiency Video Coding (HEVC) to compress and store images on device drives — taking up half the space of other image file formats, like JPEGs.
Each HEIC file uses the .heic or .heics file extension, depending on the number of images inside. The file also contains the relevant metadata describing each image's size, resolution, location, and more.
The HEIC file format is the RAW file format in the Apple ecosystem.
(https://www.adobe.com/creativecloud/file-types/image/raster/heic-file.html)

was extracted from the cloud storage and forensically preserved, the image was then viewed as an HEIC file using a digital forensic workstation. This image is attached under seal as Exhibit 2. The metadata on the HEIC file displayed that the device used to capture the photo was an Apple iPhone 14 pro. Investigators confirmed that this female within the image is likely MV-1 due to a distinct birth mark on the buttocks of MV-1, which has been seen in other CSAM of MV-1. Additionally, Investigators located a video of MV-1, within the cloud storage, of MV-1 dancing on a stripper pole at Agasha's residence. This video was date stamped the same day and near the same time of the production of the CSAM image.

24.     Investigators located another image of CSAM of MV-1 and Agasha within the Google Drive "Photos" section. The image depicts MV-1 engaging in oral sex with Agasha by inserting his penis into her mouth. The entire face of MV-1 is visible in the image. Additionally, the background of the image displays the inside of the residence of Agasha. Distinct features of the inside of Agasha's residence seen in the image include a unique carpet on the floor, a stripper pole mounted in the living room, and a one-person chair with a unique pattern that was located within the current residence of Agasha in Milford, Maine. During an interview of Agasha on September 18, 2025, Agasha confirmed with Investigators that he primarily lives alone. Agasha has had a history where other females have lived with him in Hermon, Maine, but no African American males have lived with him. Investigators believe that Agasha is the male within the CSAM image with MV-1. This image is attached under seal as Exhibit 3.

25.     During the live preview of Agasha's Google drive "Photos" section, Investigators located approximately 25 images of CSAM involving MV-1 and Agasha. Investigators then located approximately 6 videos of CSAM involving MV-1 and Agasha. Four of the

videos involve sexual intercourse between MV-1 and Agasha. Two of the videos involve MV-1 inserting Agasha's penis into her mouth for oral sex. The videos vary in duration, from 16 seconds as the shortest video, to 1 minute 46 seconds long as the longest video.

26. Based on the aforementioned facts, I believe there is probable cause that evidence of the violation of the above listed federal statutes will be located on the Google account, Google Drive, and Photos section of "agashacarvalho@gmail.com." Additionally, I believe there is probable cause that Agasha knowingly produced CSAM with MV-1 during the month of October 2024 with an electronic mobile device, such as an Apple iPhone and thereafter stored the CSAM on internet based cloud storage. Based on my knowledge and experience, Apple products are primarily manufactured in China and India. I am aware of no Apple products manufactured in the United States.

27. On September 18, 2025, the FBI submitted a preservation request to Google LLC for all account information related to Google account "agashacarvalho@gmail.com".

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

28. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Google LLC. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will receive that information to locate the items described in Section II of Attachment B.

## CONCLUSION

29. Based on the foregoing facts, there is probable cause to believe that the SUBJECT ACCOUNT described in Attachment A has been used to facilitate or commit the Subject

Offenses in violation of Title 18, U.S.C § 1591 (Sex Trafficking of Children or by force, fraud, or coercion), 2251(a) (Production of Child Pornography), 2252A(a)(5)(B)( (Possession of Child Pornography) and 2252A(a)(2) (Receipt or Distribution of Child Pornography), and that evidence of those criminal offenses will be located in the SUBJECT ACCOUNT. Further, I submit that such evidence, listed in Attachment B to this affidavit, constitutes contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

30. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the SUBJECT ACCOUNT, listed in Attachment A, for the evidence listed in Attachment B.

31. Pursuant to Title 18 United States Code, Section 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Google LLC. Because the warrant will be served to Google LLC., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully Submitted,

Jose G. Rodriguez-Aguilar, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: **Sep 23 2025**

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title