## ATTACHMENT A
*Property to Be Searched*

This warrant applies to information that is stored at premises controlled by Google LLC, which is located at 1600 Amphitheatre Parkway, Mountain View, California 94043, and associated with the following:

Google Account: agashacarvalho@gmail.com